# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

United States District Court
Southern District of Texas
ENTERED
October 07, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:26−mj−03437 |
| | § | |
| Juan Cecilio Pena Carrillo | § | |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing be set. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE

Date of order: **October 7, 2026**

CHARGE(S): 18 U.S.C. 1028.